UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RAJINDER SINGH JOHAL,<br>MANINDER SINGH KHATKAR, and<br>DINDYAL SINGH JASWAL,<br><br>　　　　　　　　　　Defendants. | No. CR 05-334 L<br><br>ORDER CONTINUING MOTION<br>CUTOFF DATE AND TRIAL |

　　　THIS MATTER coming on for hearing upon motion of the Defendant by and through his attorney Allen M. Ressler who moved this Court for an Order extending the motions cutoff date of February 25, 2006 and the trial date of May 8, 2006, a minimum of thirty days and the Court having reviewed the records and files herein, therefore,

　　　The Defendant and the co-defendants have moved for a continuance of the trial date. As grounds therefore, the firm of Ressler & Tesh, PLLC, are newly retained counsel for defendant Dindyal Singh Jaswal and require time to become familiar with the case and

ORDER EXTENDING MOTIONS CUTOFF/TRIAL - 1

its proceedings and get up to speed. It has also been indicated that Assistant U.S. Attorney Sarah Vogel does not object to this continuance.

It therefore appearing to the Court that it would be unreasonable to expect adequate preparation for the trial and on-going plea negotiations without a continuance, even with diligent and good faith efforts by counsel to prepare for trial, and it further appearing that the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial,

IT IS FURTHER ORDERED that the period of delay from May 8, 2006 through July 24, 2006 is excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A), for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the trial date in this matter be and hereby is continued from May 8, 2006 to the 24th day of July, 2006 and the motions cutoff from February 25, 2006 to the 12th day of May, 2006.

DATED this 21st day of March, 2006.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

/S/ Allen M. Ressler
_____
Allen M. Ressler, WSBA #5330
Attorney for Dindyal Singh Jaswal

ORDER EXTENDING MOTIONS CUTOFF/TRIAL - 2