1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7    UNITED STATES OF AMERICA,

8                    Plaintiff,                          Case No.  CR05-334RSL

9         v.                                             ORDER ON MOTION FOR PRETRIAL
                                                         DISCLOSURE OF <u>BRADY</u> MATERIAL
10   RAJINDER JOHAL, et al.,

11                   Defendants.

12        This matter comes before the Court on "Defendant Johal's Motion for Pretrial Disclosure

13   of <u>Brady</u> Material" (Dkt. # 132).  The Court has considered this motion and the government's

14   response, and it is clear that the government has already complied and recognizes its continuing

15   obligation in this area.  <u>See</u> <u>Brady v. Maryland</u>, 373 U.S. 83 (1963).  In light of this agreement,

16   defendant's motion is DENIED AS MOOT.

17

18        DATED this 24th day of May, 2006.

19

20                                                       _MM S Lasnik_____

21                                                       Robert S. Lasnik
                                                         United States District Judge
22

23

24

25

26

ORDER ON MOTION FOR PRETRIAL
DISCLOSURE OF <u>BRADY</u> MATERIAL