1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7   UNITED STATES OF AMERICA,

8                    Plaintiff,                         Case No.  CR05-334RSL

9             v.                                        ORDER ON MOTION FOR PRETRIAL
                                                        DISCLOSURE OF CO-CONSPIRATOR
10  RAJINDER JOHAL, et al.,                             HEARSAY EVIDENCE

11                   Defendants.

12           This matter comes before the Court on "Defendant Johal's Motion for Pretrial Disclosure

13  of Co-conspirator Hearsay Evidence" (Dkt. # 133).  The Court has considered this motion and

14  the government's response, and it is clear that the government has already complied and

15  recognizes its continuing obligation in this area.  See Fed. R. Evid. 801.  In light of this

16  agreement, defendant's motion is DENIED AS MOOT.

17

18           DATED this 24th day of May, 2006.

19

20                                                      _____
                                                        Robert S. Lasnik
21                                                      United States District Judge

22
23
24
25
26

ORDER ON MOTION FOR PRETRIAL
DISCLOSURE OF CO-CONSPIRATOR
HEARSAY EVIDENCE