1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7   UNITED STATES OF AMERICA,

8                    Plaintiff,                         Case No.  CR05-334RSL

9            v.                                         ORDER ON MOTION FOR PRETRIAL
                                                        DISCLOSURE OF TESTIMONY &
10   RAJINDER JOHAL, et al.,                            EVIDENCE

11                    Defendants.

12         This matter comes before the Court on "Defendant Johal's Motion for Pretrial Disclosure

13   of Testimony & Evidence" (Dkt. # 134).  The Court has considered this motion and the

14   government's response, and it is clear that the government understands its disclosure

15   responsibilities in this area.  See Fed. R. Crim. P. 16.  In light of this agreement, defendant's

16   motion is DENIED AS MOOT.

17

18         DATED this 24th day of May, 2006.

19

20                                              _____
                                                Robert S. Lasnik
21                                              United States District Judge

22

23

24

25

26

ORDER ON MOTION FOR PRETRIAL
DISCLOSURE OF TESTIMONY &
EVIDENCE