UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RAJINDER JOHAL, et al.,<br><br>    Defendants. | Case No. CR05-334RSL<br><br>ORDER ON MOTION FOR PRETRIAL DISCLOSURE OF CONFIDENTIAL INFORMANTS IDENTITY & TO COMPEL PRODUCTION OF PERTINENT DISCOVERY MATERIALS |

This matter comes before the Court on "Defendant Johal's Motion for Pretrial Disclosure of Confidential Informant's Identity & to Compel Production of Pertinent Discovery Materials" (Dkt. # 135). The Court has considered this motion and the government's response and finds that the government recognizes its obligations in this area. The Court orders the government to comply with defendant's request by orally identifying the informants and timely providing impeachment information about these informants. In addition, if necessary, the government will assist in making such witnesses available at trial. The motion is GRANTED to the extent of this order.

DATED this 24th day of May, 2006.

*[signature]*

Robert S. Lasnik
United States District Judge