UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAJINDER JOHAL, et al.,<br><br>    Defendants. | Case No.  CR05-334RSL<br><br>ORDER ON MOTION FOR PRETRIAL DISCLOSURE OF RULE 404(b) EVIDENCE |

    This matter comes before the Court on "Defendant Johal's Motion for Pretrial Disclosure of Rule 404(b) Evidence" (Dkt. # 136).  The Court has considered this motion and the government's response and finds that the government recognizes its obligations in this area.  Per its response, the government will disclose any 404(b) evidence it intends to use no later than one month before trial.  Because there is currently nothing to be disclosed, the motion is DENIED AS MOOT.

    DATED this 25th day of May, 2006.

                                         /s/ Robert S. Lasnik
                                       Robert S. Lasnik
                                       United States District Judge

ORDER ON MOTION FOR PRETRIAL
DISCLOSURE OF RULE 404(b)
EVIDENCE