Judge Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  CR05-334RSL |
| Plaintiff, ) | |
| ) | ORDER GRANTING UNITED |
| v. ) | STATES' APPLICATION |
| ) | FOR A PROTECTIVE ORDER |
| RAJINDER SINGH JOHAL, ) | TO MAINTAIN CUSTODY |
|    a/k/a Roger Johal, ) | OF PROPERTY |
| LAKHWINDER SINGH JOHAL ) | |
|    a/k/a "Lucky," ) | |
| MANINDER SINGH KHATKAR, ) | |
|    a/k/a "Dave," ) | |
| DINDYAL SINGH JASWAL, ) | |
|    a/k/a "Dean," ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter comes before the Court upon motion of the United States for a protective order, pursuant to 18 U.S.C. § 983(a)(3)(B)(ii) and 21 U.S.C. § 853(e)(1)(A), to maintain custody of certain property named for forfeiture in the Indictment and First Bill of Particulars Re: Forfeiture filed in this matter.  Having reviewed the United States' motion, the Court finds:

The property to which this order refers ("the property") is as follows:

    1.    $90,508.00 in United States funds, representing the amount of currency involved in the offense alleged in Count Two of the Indictment, seized by federal agents on or about May 7, 2005;

ORDER GRANTING UNITED STATES' APPLICATION FOR A
PROTECTIVE ORDER  TO MAINTAIN CUSTODY OF PROPERTY- 1
CR05-334RSL - U.S. v. RAJINDER SIHGH JOHAL, *et al.*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

2. $56,760.00 in United States funds, seized by federal agents pursuant to a federal search warrant executed at 24204-135th Avenue SW, Kent, Washington, on December 7, 2005;

3. 2004 Hummer, Washington license 654RZW, or any cash bond posted in lieu of this vehicle; and

4. 2003 BMW M3 Convertible, Red, Washington license 663RQC.

The property has been named in the Indictment and First Bill of Particulars Re: Forfeiture in this case as subject to forfeiture. The property is currently in the custody of the United States Drug Enforcement Administration and the Customs and Border Protection, and is subject to administrative forfeiture notice and claim proceedings under 18 U.S.C. § 983.

The United States is entitled to a protective order pursuant to 21 U.S.C. § 853(e)(1)(A) based on the fact that the property is named for forfeiture in the Indictment and First Bill of Particulars Re: Forfeiture herein which contains the allegation that, upon conviction, the property is subject to forfeiture. It is therefore

**ORDERED AND ADJUDGED**:

1. The United States, motion for a protective order is GRANTED.

2. The property identified above, shall remain in the custody of the United States Drug Enforcement Administration and the Customs and Border Protection, pending further order of this Court.

\\
\\
\\
\\
\\
\\
\\
\\
\\

ORDER GRANTING UNITED STATES' APPLICATION FOR A
PROTECTIVE ORDER TO MAINTAIN CUSTODY OF PROPERTY- 2
CR05-334RSL - U.S. v. RAJINDER SIHGH JOHAL, *et al.*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1      3.  The Clerk is Ordered to send copies of this Order to counsel for all parties of record.

    Dated this 31st day of May, 2006.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

s/Richard E. Cohen
RICHARD E. COHEN
Assistant United States Attorney

s/Richard E. Cohen for Sarah Vogel
SARAH VOGEL
Assistant United States Attorney

s/Richard E. Cohen for John Lulejian
JOHN LULEJIAN
Assistant United States Attorney

ORDER GRANTING UNITED STATES' APPLICATION FOR A
PROTECTIVE ORDER TO MAINTAIN CUSTODY OF PROPERTY- 3
CR05-334RSL - U.S. v. RAJINDER SIHGH JOHAL, *et al.*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970