1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

       Plaintiff,

   vs.

RAJINDER SINGH JOHAL,

       Defendant.

Case No.  CR05-334 RSL

ORDER DENYING
RECONSIDERATION OF
PRETRIAL DETENTION

15
16
17
18
19
20
21
22

     This matter comes before the Court on Defendant's "Motion to Reconiser [sic] Order Denying Motion for Review of Detention Order" (Dkt. # 94).  The Court previously granted that order in part to allow defendant to appear before Magistrate Judge Benton to present his proposed property bond (Dkt. # 120).  Magistrate Judge Benton considered the materials presented and proposed a report and recommendation denying the motion for reconsideration (Dkt. # 130).  This Court has considered the material and arguments presented to Magistrate Judge Benton, the conclusions set forth in the report and recommendation of Magistrate Judge Benton, and all other arguments previously presented to the Court.

23
24
25

     The Court previously denied "Defendant's Motion for Review of Detention Order" (Dkt. # 64) after concluding that Johal was a flight risk if released, pursuant to the four factor statutory test.  18 U.S.C. § 3142(e).  The Court's conclusion is unchanged by the proposed property bond.

26
27
28

ORDER DENYING
RECONSIDERATION OF
PRETRIAL DETENTION- 1

1    Defendant's recent guilty plea to the money laundering charge, and the government's

2    reciprocal agreement to drop the drug charges, does not change this calculation.[1]  For these

3    reasons, IT IS HEREBY ORDERED that defendant's motion to reconsider (Dkt. # 94) is

4    DENIED.

5

6    DATED this 15th day of June, 2006.

7

8

9    Robert S. Lasnik
     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    [1] The guilty plea does affect defendant's outstanding motions to suppress (Dkts. # 137, 146).

26    These are hereby stricken as moot.

27    ORDER DENYING
      RECONSIDERATION OF

28    PRETRIAL DETENTION- 2