UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RAJINDER SINGH JOHAL,<br><br>    Defendant. | No. CR 05 – 334 RSL<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR RETURN OF PERSONAL PROPERTY |

    Defendant's motion for return of personal property came on regularly for hearing, and, the Court being fully advised,

    IT IS HEREBY ORDERED that plaintiff United States shall return to the defendant or his designee within thirty (30) days all personal property seized from the defendant and his family in the course of the investigation and prosecution of this case that is not contraband or evidence of a crime, or necessary to retain in the investigation or prosecution of the fugitive Defendant Lakhwinder Johal.

    Ordered this 29th day of September, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

[PROPOSED ORDER GRANTING DEFENDANT'S
MOTION FOR RETURN OF PERSONAL PROPERTY - 1

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
600 FIRST AVENUE, SUITE 433
SEATTLE, WA 98104
(206) 464-4142